OCTOBER 28, 1802.

# James Roberts v. Samuel Todd.

*Upon a writ of error to reverse a judgment of the Court of Quarter Sessions of Franklin county.*

Where a replevy bond is taken for too much the obligee therein will not be allowed to proceed thereon until he credits it with the excess together with the costs of the obligor in procuring the correction.

It appears that the execution issued, and the replevy bond was taken for a few pence more than the amount of the judgment. But it is conceived that it would be improper for this court to regard so trifling an error. *De minimis non curat lex.* Therefore, it is considered by the court, that the judgment aforesaid be affirmed, and that the defendant may proceed to have the benefit of the same in the court below, and recover of the plaintiff ten per centum damages on the amount thereof together with his costs in this behalf expended, which is ordered to be certified to the said court.